E-FILED
Friday, 07 February, 2020  11:31:39 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| FULVIO ZERLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 19-cv-1140 |
| vs. ) | |
| ) | **Jury Trial Demanded** |
| STARK COUNTY, ILLINOIS and STEVE ) | |
| SLOAN, in his Individual and Official ) | |
| Capacity. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS, ELECTRONICALLY STORED INFORMATION OR TANGIBLE THINGS PURSUANT TO FED. R. CIV. PRO. 45

To:   Nathaniel M. Schmitz, Limentato Law, P.C. 2504 Galen Drive, Suite 101, Champaign, Illinois 61821

On February 6, 2020, FULVIO ZERLA, by and through his attorneys, JULIE L. GALASSI, MELINDA L. MANNLEIN, and HASSELBERG, ROCK, BELL & KUPPLER, LLP, served a copy of the attached Subpoenas to Produce Documents, Electronically Stored Information, or Tangible Things Pursuant to Fed. R. Civ. Pro. 45.

Dated this 7th day of February, 2020.

FULVIO ZERLA, Plaintiff

By: /s/ *Julie L. Galassi*
JULIE L. GALASSI, ESQ. (NO. 6198035)
MELINDA L. MANNLEIN, ESQ. (NO. 6288382)
HASSELBERG, ROCK, BELL & KUPPLER, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois 61614
Telephone:   (309) 688-9400
Facsimile:   (309) 688-9430
Email:   jgalassi@hrbklaw.com
           mmannlein@hrbklaw.com
           aswearingen@hrbklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record, including the following:

Nathaniel M. Schmitz
Limentato Law, P.C.
2504 Galen Drive, Suite 101
Champaign, Illinois 61821
nschmitz@tllawfirm.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

FULVIO ZERLA, Plaintiff

By: /s/ Julie L. Galassi
JULIE L. GALASSI, ESQ. (NO. 6198035)
MELINDA L. MANNLEIN, ESQ. (NO. 6288382)
HASSELBERG, ROCK, BELL & KUPPLER, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, Illinois 61614
Telephone:  (309) 688-9400
Facsimile:  (309) 688-9430
Email:      jgalassi@hrbklaw.com
            mmannlein@hrbklaw.com
            aswearingen@hrhbklaw.com

2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Melissa Shipp

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, Illinois 61614 | Date and Time:<br><br>02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   02/07/2020

|  |  |
|---|---|
| *CLERK OF COURT* | |
| _____ | OR   _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  19-cv-1140-JES-JEH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   Melissa Shipp,

11753 State Route 91, Toulon, Illinois 61483

by certified mail with return receipt requested              on *(date)*      02/07/2020      ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$        25.00        .

My fees are $      5.00      for travel and $    20.00    for services, for a total of $      25.00      .

I declare under penalty of perjury that this information is true.

Date:      02/07/2020                              _____
                                                        *Server's signature*

Melinda L. Mamlein ~~Julie L. Galassi~~, Attorney at Law
                         *Printed name and title*
                 Hasselberg, Rock, Bell & Kuppler, LLP
                 4600 N. Brandywine Drive, Suite 200
                          Peoria, Illinois 61614

                         _____
                                *Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1.   Any and all documents, notes, records, reports, recordings, photographs, or communications relating to the traffic accident that occurred on or about May 24, 2015, involving Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

2.  Any and all photographs, digital images, or recordings from May 23, 2015 to May 25, 2015, of Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

3.  A complete copy of your Facebook Information.  This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                      Charles Demetreon

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
   See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      02/07/2020

| *CLERK OF COURT* | |
|---|---|
| _____ | OR    _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   19-cv-1140-JES-JEH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   Charles Demetreon,

211 E. South St., Wyoming, Illinois 61491

by certified mail with return receipt requested          on *(date)*     02/07/2020     ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$          25.00          .

My fees are $          5.00          for travel and $     20.00     for services, for a total of $          25.00          .

I declare under penalty of perjury that this information is true.

Date:     02/07/2020                          _____
                                                *Server's signature*

Melinda Mambla~~Julie L. Galassi~~, Attorney at Law
                                                *Printed name and title*
                                    Hasselberg, Rock, Bell & Kuppler, LLP
                                    4600 N. Brandywine Drive, Suite 200
                                            Peoria, Illinois 61614

                                          _____
                                                *Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Any and all documents, notes, records, reports, recordings, photographs, or communications relating to the traffic accident that occurred on or about May 24, 2015, involving Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

2. Any and all photographs, digital images, or recordings from May 23, 2015 to May 25, 2015, of Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

3. A complete copy of your Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                    Edgar County Watchdogs, c/o Registered Agent John Kraft

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents, notes, records, recordings, photographs, or communications relating to the Stark County Board meetings of May 9, 2017, June 13, 2017, and/or June 15, 2017; Fulvio Zerla; Coleen Magnussen; Steve Sloan; or the Stark County Sheriff's budget.

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      02/07/2020

| CLERK OF COURT | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  19-cv-1140-JES-JEH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:  Edgar County Watchdogs,

c/o John Kraft, Registered Agent, 7060 Illinois Highway 1, Paris, Illinois 61944

by certified mail with return receipt requested         on *(date)*     02/07/2020     ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$      25.00      .

My fees are $      5.00      for travel and $    20.00    for services, for a total of $      25.00      .

I declare under penalty of perjury that this information is true.

Date:      02/07/2020

_____
*Server's signature*

Melinda L. Mamlin ~~Julie L. Galassi~~, Attorney at Law
*Printed name and title*
Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                     Heather Demetreon

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

       See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP<br>      4600 N. Brandywine Drive, Suite 200<br>      Peoria, Illinois 61614 | Date and Time:<br><br>      02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      02/07/2020

CLERK OF COURT

                                      OR

_____      _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-cv-1140-JES-JEH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   Heather Demetreon,

211 E. South St., Wyoming, Illinois 61491

| by certified mail with return receipt requested | on *(date)* | 02/07/2020 | ; or |

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 25.00 .

My fees are $ 5.00 for travel and $ 20.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 02/07/2020 _____

*Server's signature*

Melinda L. Manier Julie L. Galassi, Attorney at Law

*Printed name and title*

Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____

*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1.   Any and all documents, notes, records, reports, recordings, photographs, or communications relating to the traffic accident that occurred on or about May 24, 2015, involving Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

2.   Any and all photographs, digital images, or recordings from May 23, 2015 to May 25, 2015, of Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

3.   A complete copy of your Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in | ) |
| his Individual and Official Capacity. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                            Matthew Shipp

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP | Date and Time: |
|---|---|
| 4600 N. Brandywine Drive, Suite 200 | |
| Peoria, Illinois 61614 | 02/27/2020 9:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    02/07/2020

CLERK OF COURT

_____          OR    _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-cv-1140-JES-JEH

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   Matthew Shipp,

11753 State Route 91, Toulon, Illinois 61483

| by certified mail with return receipt requested | on *(date)* | 02/07/2020 | ; or |

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____25.00_____ .

My fees are $ ____5.00____ for travel and $ ____20.00____ for services, for a total of $ ____25.00____ .

I declare under penalty of perjury that this information is true.

Date: ____02/07/2020____

_____
*Server's signature*

Melinda Manolei ~~Julie L. Galassi,~~ Attorney at Law
_____
*Printed name and title*
Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1.  Any and all documents, notes, records, reports, recordings, photographs, or communications relating to the traffic accident that occurred on or about May 24, 2015, involving Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

2.  Any and all photographs, digital images, or recordings from May 23, 2015 to May 25, 2015, of Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon;

3.  A complete copy of your Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| _Plaintiff_ | ) |
| v. | ) |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in | ) |
| his Individual and Official Capacity. | ) |
| _Defendant_ | ) |

Civil Action No.   19-cv-1140-JES-JEH

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Katrina Rewerts

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

❒ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     02/07/2020

_CLERK OF COURT_

_____          OR          _____
_Signature of Clerk or Deputy Clerk_                              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_     Fulvio Zerla
_____, who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   19-cv-1140-JES-JEH

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:  Katrina Rewerts,

309 W. Smith Street, Wyoming, Illinois 61491

by certified mail with return receipt requested _____ on *(date)*     02/07/2020     ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$       25.00      .

My fees are $      5.00      for travel and $    20.00    for services, for a total of $      25.00      .

I declare under penalty of perjury that this information is true.

Date:      02/07/2020

_____
*Server's signature*

*Melinda L. Mannlein* ~~Julie L. Galassi~~, Attorney at Law
*Printed name and title*
Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Any and all documents, notes, records, reports, recordings, photographs, or communications with or relating to: (a) Fulvio Zerla, (b) Coleen Magnussen, (c) Steve Sloan, (d) the Stark County Sheriff's budget, and/or (e) the Stark County Board meetings of May 9, 2017, June 13, 2017, and/or June 15, 2017;

2. A complete copy of your Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | ) |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

Civil Action No.   19-cv-1140-JES-JEH

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Misty Turnbull

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP<br>4600 N. Brandywine Drive, Suite 200<br>Peoria, Illinois 61614 | Date and Time:<br><br>02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  02/07/2020

CLERK OF COURT

_____          OR  _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   19-cv-1140-JES-JEH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:     Misty Turnbull

234 S. Franklin Street, Toulon, Illinois 61483

by certified mail with return receipt requested              on *(date)*     02/07/2020     ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$          25.00          .

My fees are $       5.00       for travel and $     20.00     for services, for a total of $     25.00     .

I declare under penalty of perjury that this information is true.

Date:       02/07/2020                    _____
                                                      *Server's signature*

Melinda L. Mamlin ~~Julie L. Galassi~~, Attorney at Law
                                                      *Printed name and title*
                                   Hasselberg, Rock, Bell & Kuppler, LLP
                                   4600 N. Brandywine Drive, Suite 200
                                   Peoria, Illinois 61614

                                                      *Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Any and all documents, notes, records, reports, recordings, photographs, or communications with or relating to: (a) Fulvio Zerla, (b) Coleen Magnussen, (c) Steve Sloan, (d) the Stark County Sheriff's budget, and/or (e) the Stark County Board meetings of May 9, 2017, June 13, 2017, and/or June 15, 2017;

2. A complete copy of your Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| FULVIO ZERLA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                            Jennifer Davis

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    02/07/2020

| *CLERK OF COURT* | | |
|---|---|---|
| _____ *Signature of Clerk or Deputy Clerk* | OR | _____ *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   19-cv-1140-JES-JEH

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:   Jennifer Davis,

220 E. Main Street, Toulon, Illinois 61483
_____

by certified mail with return receipt requested _____ on *(date)*   02/07/2020   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____25.00_____ .

My fees are $ _____5.00_____ for travel and $ ____20.00____ for services, for a total of $ ____25.00____ .

I declare under penalty of perjury that this information is true.

Date:   02/06/2020 ~~07~~
_____
*Server's signature*

Melinda L. Mamlein  ~~Julie L. Galassi~~, Attorney at Law
_____
*Printed name and title*
Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Since December 1, 2016, any and all documents, notes, records, reports, recordings, photographs, or communications with or relating to: (a) Fulvio Zerla, (b) Coleen Magnussen, (c) Steve Sloan,  (d) the Stark County Sheriff's budget, and/or (e) the Stark County Board meetings of May 9, 2017, June 13, 2017, and/or June 15, 2017;

2. A complete copy of your Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                              James Owens

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    02/07/2020

| | | |
|---|---|---|
| | *CLERK OF COURT* | |
| | | OR |
| | _____ | _____ |
| | *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Fulvio Zerla
_____ , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-cv-1140-JES-JEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:    James Owens,

Stark County State's Attorney's Office, 130 W. Main Street, Toulon, Illinois 61483

by certified mail with return receipt requested _____ on *(date)*    02/06/2020    ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$    25.00    .

My fees are $    5.00    for travel and $    20.00    for services, for a total of $    25.00    .

I declare under penalty of perjury that this information is true.

Date:    02/07/2020    _____

*Server's signature*

Melinda L. Mannlein Julie L. Galassi, Attorney at Law

*Printed name and title*

Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____

*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Any and all documents, notes, records, reports, recordings, photographs, or communications relating to: (a) the traffic accident that occurred on or about May 24, 2015, involving Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon, (b) the Stark County Board meetings of May 9, 2017, June 13, 2017, and/or June 15, 2017; and/or (c) the contents of the laptop computer used by former EMA director, Jason Musselman;

2. Any and all communications with Steve Sloan, since his appointment as Stark County Sheriff in December of 2016, concerning or relating to: (a) Fulvio Zerla, (b) Coleen Magnussen, and/or (c) the incidents detailed in (1)(a), (1)(b), and/or (1)(c);

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                        Jimmy L. Dison

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents, notes, records, reports, recordings, photographs, or communications relating to the traffic accident that occurred on or about May 24, 2015, involving Matthew "Matt" Shipp, Melissa Shipp, Charles "Chuck" Demetreon, and/or Heather Demetreon.

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     02/07/2020

*CLERK OF COURT*

                                                                OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Fulvio Zerla
_____, who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-cv-1140-JES-JEH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:    Jimmy Dison,

109 E. Clinton Street, Toulon, Illinois 61483 _____

by certified mail with return receipt requested _____    on *(date)*    02/07/2020    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$         25.00          .

My fees are $       5.00       for travel and $      20.00      for services, for a total of $      25.00      .

I declare under penalty of perjury that this information is true.

Date:      02/07/2020

_____
*Server's signature*

Melinda L. Mandel ~~Julie L. Galassi~~, Attorney at Law
_____
*Printed name and title*
Hasselberg, Rock, Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| FULVIO ZERLA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 19-cv-1140-JES-JEH |
| STARK COUNTY, ILLINOIS and STEVE SLOAN, in his Individual and Official Capacity. | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Jason Musselman

─────────────────────────────────────────────────────────────
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

| Place: Hasselberg, Rock, Bell & Kuppler, LLP 4600 N. Brandywine Drive, Suite 200 Peoria, Illinois 61614 | Date and Time: 02/27/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    02/07/2020

                    *CLERK OF COURT*
                                              OR
─────────────────────────        ─────────────────────────
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Fulvio Zerla
─────────────────────────────────────────────────── , who issues or requests this subpoena, are:

Julie L. Galassi, 4600 N. Brandywine Dr., Suite 200, Peoria, IL 61554; jgalassi@hrbklaw.com; (309) 688-9400

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  19-cv-1140-JES-JEH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:  Jason Musselman,

105 E. Clinton Street, Toulon, Illinois 61483

by certified mail with return receipt requested          on *(date)*     02/07/2020      ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$          25.00          .

My fees are $          5.00          for travel and $     20.00     for services, for a total of $     25.00     .

I declare under penalty of perjury that this information is true.

Date:     02/07/2020          _____
                                                   *Server's signature*

Melinda L. Mannlein ~~Julie L. Galassi~~, Attorney at Law
                              *Printed name and title*
                    Hasselberg, Rock, Bell & Kuppler, LLP
                    4600 N. Brandywine Drive, Suite 200
                              Peoria, Illinois 61614

                    _____
                              *Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Since December 1, 2016, any and all documents, notes, records, reports, recordings, photographs, or communications with or relating to: (a) Fulvio Zerla, (b) Coleen Magnussen, (c) Steve Sloan, (d) the Stark County Sheriff's budget, (e) the Stark County Board meetings of May 9, 2017, June 13, 2017, and/or June 15, 2017, and/or (f) the "Edgar County Watchdogs" group, including but not limited to Kirk Allen, John Kraft, Lisa Thomas, Diane Benjamin, and Kevin DuJan;

2. A complete copy of your personal Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu;

3. A complete copy of the Stark County News' Facebook Information. This comes in the form of a computer file that you download using Facebook's "Download Your Information" tool, which is accessible through the "Account Settings" drop down menu.