UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FULVIO ZERLA, | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | )   No. 19-cv-1140 |
| | ) |
| STARK COUNTY, ILLINOIS, and | ) |
| STEVE SLOAN, in his Individual and | ) |
| Official Capacity. | ) |
| | ) |
|         Defendants. | ) |

The undersigned does hereby certify that a true and correct copy of **INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)(1)** was served upon each person named below, at the address set forth below, by electronically filing the same on the 22nd day of October, 2019 to:

| | |
|---|---|
| Julie L. Galassi<br>HASSELBERG, ROCK, BELL & KUPPLER, LLP<br>Associated Bank Building, Suite 200<br>4600 N. Brandywine Drive<br>Peoria, IL 61614<br>jgalassi@hrbklaw.com | Dustin R. Jensen<br>HASSELBERG, ROCK, BELL & KUPPLER, LLP<br>Associated Bank Building, Suite 200<br>4600 N. Brandywine Drive<br>Peoria, IL 61614<br>djensen@hrbklaw.com |

                          /s/ Nathaniel M. Schmitz
                            Nathaniel M. Schmitz

Prepared by:

Nathaniel M. Schmitz of
LIMENTATO LAW, P.C.
Attorney Registration #:  6290697
2504 Galen Drive, Suite 101
Champaign, IL 61821
Telephone:  (217) 355-5510 - Facsimile: (217) 355-5573
E-Mail: nschmitz@tllawfirm.com